# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Jeremy Eastep, Individually and on Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) **ORDER** ) ) |
| vs. | ) ) |
| KRH, Inc., | ) Case No. 1:19-cv-004 ) |
| Defendant. | ) |

The Plaintiff initiated the above-entitled action by Complaint on January 2, 2019. What follows is a brief chronology of what has since transpired:

- January 28, 2019 - The Defendant filed an Answer and Counterclaim. (Doc. No. 7).
- February 6, 2019 - The Court held a scheduling conference, issued a scheduling order, and set this matter for trial. (Doc. Nos. 9-12).
- February 18, 2019 - The Plaintiff filed a Motion to Dismiss the Defendant's Counterclaim. (Doc. No. 14).
- March 12, 2019 - The Defendant filed a response to the Plaintiff's Motion along with a Motion to Amend its Counterclaim. (Doc. Nos. 15-16, 18).
- March 26, 2019 - The Plaintiff preemptively filed a Motion to Dismiss the Plaintiff's Amended Counterclaim. (Doc. No. 19).

Given that the Plaintiff has filed a Motion to Dismiss the Defendant's Amended Counterclaim in lieu of a response to the Defendant's Motion to Amend its Counterclaim, the Court shall **GRANT** the Defendant's Motion to Amend its Counterclaim (Doc. No. 16). The Defendant shall file its First Amended Counterclaim by April 19, 2019. The Motion to Dismiss the Defendant's

1

Counterclaim (Doc. No. 14) filed by the Plaintiff on February 18, 2019, is deemed **MOOT**. The Defendant shall have until May 8, 2019, to file a Response to the Plaintiff's Motion to Dismiss the Amended Counterclaim. The Plaintiff shall have until May 15, 2019, to file a reply.

**IT IS SO ORDERED.**

Dated this 15th day of April, 2019.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court