# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Jeremy Eastep, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | **ORDER** |
|---|---|---|
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 1:19-cv-004 |
| KRH, Inc., | ) ) | |
| Defendant. | ) | |

Before the court is a motion for an extension of the expert disclosure deadline filed by defendant on September 18, 2019. Defendant's expert disclosure deadline lapsed on September 4, 2019. Defendant seeks to extend this deadline to September 23, 2019.

There being no objection form plaintiff, defendant's motion (Doc. No. 53) is **GRANTED.** Defendant's deadline for identification of experts and service of reports shall be extended to September 23, 2019.

**IT IS SO ORDERED.**

Dated this 19th day of September, 2019.

>  */s/ Clare R. Hochhalter*
>  Clare R. Hochhalter, Magistrate Judge
>  United States District Court