# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Jeremy Eastep, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| KRH, Inc., | ) ) | Case No. 1:19-cv-004 |
| Defendant. | ) | |

On January 23, 2020, defendant filed an "Unopposed Motion for Amended Scheduling/Discovery Plan." The court **GRANTS** defendant's motion (Doc. No. 59) and **AMENDS** the pretrial deadlines as follows:

1. The parties shall have until June 6, 2020, to complete fact discovery and to file discovery motions.

2. The parties shall have until June 6, 2020, to complete discovery depositions of expert witnesses.

3. The parties shall have until May 6, 2020, to disclose the identity of experts and their reports regarding the issue of damages.

4. The parties shall have until July 13, 2020, to file threshold motions.

5. The parties shall have until July 23, 2020, to file dispositive motions.

**IT IS SO ORDERED.**

Dated this 5th day of February, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court