## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Jeremy Eastep, Individually and on Behalf of All Others Similarly Situated,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>KRH, Inc.,  )<br>)<br>Defendant.  ) | **ORDER**<br><br>Case No. 1:19-cv-004 |

On May 11, 2020, Defendant KRH, Inc. filed a motion to extend all deadlines in this case by 60 days. There being no objection from plaintiff, the motion (Doc. Nos. 62) is **GRANTED** and the pretrial deadlines are amended as follows:

1. The parties shall have until August 5, 2020, to complete fact discovery and to file discovery motions.

2. The parties shall have until August 5, 2020, to complete discovery depositions of expert witnesses.

3. The parties shall have until September 11, 2020, to file threshold motions.

4. The parties shall have until to file September 21, 2020, to file dispositive motions.

The court, on its own motion, shall reschedule the final pretrial conference and jury trial. Accordingly, the final pretrial conference set for September 22, 2020, shall be rescheduled for April 14, 2021, at 10:00 a.m. by telephone before the Magistrate Judge. To participate in the conference, the parties should dial (877) 810-9415 and enter access code 8992581. The jury trial scheduled for October 5, 2020, shall be rescheduled for April 26, 2021, at 9:00 a.m. in Bismarck before Judge Hovland in Bismarck (Eagle Courtroom). A five (5) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 12th day of May, 2020.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court