IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Jeremy Eastep, *Individually and on Behalf of All Others Similarly Situated*,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KRH, Inc.,<br><br>　　　　　Defendant. | **ORDER GRANTING JOINT MOTION FOR SETTLEMENT APPROVAL**<br><br>Case No. 1:19-cv-004 |

　　　　Before the Court is the parties' "Joint Motion for Approval of Settlement Agreement" filed on June 22, 2020. See Doc. No. 65. The parties jointly seek approval of a settlement resolving collective claims for overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), *et seq*. The parties filed a proposed settlement agreement ("Settlement Agreement") with the Court as an exhibit to the motion. See Doc. No. 65-1.

　　　　Settlement agreements to resolve FLSA claims typically require court approval. See 29 U.S.C. § 216; King v. Raineri Const., LLC, No. 4:14-cv-1828, 2015 WL 631253, at *2 (E.D. Mo. Feb. 12, 2015). The Court has carefully reviewed the motion and the terms of the proposed settlement agreement and determines that it is the product of an arm's-length negotiation between counsel, and it is a fair and reasonable resolution of a bona fide dispute. The attorneys' fees and litigation costs requested in the motion are reasonable, and the settlement of the claims as to the Plaintiffs according to the procedure set forth in the Settlement Agreement is therefore approved. The parties shall administer the settlement as set forth in the Settlement Agreement.

　　　　Accordingly, the Court **GRANTS** the parties' motion (Doc. No. 65), **APPROVES** the parties' Settlement Agreement, and **STAYS** the case until the completion of Defendant's settlement payment obligations as set forth in the Settlement Agreement.

**IT IS SO ORDERED.**

Dated this 29th day of June, 2020.

                                                          */s/  Daniel L. Hovland*
                                                         Daniel L. Hovland, District Judge
                                                         United States District Court